FILED:  May 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4447
_____

UNITED STATES OF AMERICA,

　　　　Plaintiff – Appellee,

v.

JERADA HENDERSON,

　　　　Defendant – Appellant.

_____

O R D E R
_____

The court amends its opinion filed May 7, 2025, as follows:

On the cover page, the district court information is corrected to read, "Appeal from

the United States District Court for the Western District of Virginia, at Abingdon"

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk